FILED - GR
February 19, 2026 9:22 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MKC   SCANNED BY: _____ / _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRANDON PIPER,

    Defendant.

_____/

1:26-cr-18

Robert J. Jonker
U.S. District Judge

**FELONY**
**INFORMATION**

The United States Attorney charges:

**CHARGE**
(Conspiracy to Introduce Misbranded Drugs into
Interstate Commerce with Intent to Defraud and Mislead)

At all times relevant to this Information:

*The Food and Drug Administration's Regulation of Drugs*

1.    The United States Food and Drug Administration ("FDA") was the agency responsible for protecting the health and safety of the American public by enforcing the Food, Drug, and Cosmetic Act ("FDCA"). One of the main purposes of the FDCA was to ensure that drugs sold for human use were safe, effective, and had labels containing only true and accurate information. The FDA's responsibilities under the FDCA included, but were not limited to, regulating the manufacturing, labeling, and distribution of all drugs and drug components shipped or received in interstate commerce.

2.    Under the FDCA, a "drug" was defined to include articles intended for use in the diagnoses, cure, mitigation, treatment, or prevention of disease in humans, as

well as articles (other than food) intended to affect the structure or any function of the body of humans. 21 U.S.C. § 321(g)(1)(B), (C).

3. It was a prohibited act under the FDCA to introduce, deliver for introduction, or to cause the introduction or delivery for introduction into interstate commerce of any misbranded drug. 21 U.S.C. § 331(a). A drug was misbranded under the FDCA if it was a "prescription drug" that was dispensed without a valid prescription. 21 U.S.C. § 353(b)(1). A prescription drug was a drug intended for use by humans, which, because of its toxicity or potential for harmful effect, was not safe for use except under supervision of a licensed practitioner or where its FDA-approved application limited it to prescription use. *Id.*

4. A drug was also misbranded if its labeling was false or misleading in any particular, 21 U.S.C. § 352(a); or if its labeling did not bear adequate directions for use, 21 U.S.C. § 352(f)(1).

### *The Scheme*

5. Defendant BRANDON PIPER was a resident of Gobles, Michigan, which is located in Van Buren County.

6. From at least October 2023 until in or about August 2024, Defendant BRANDON PIPER worked for and was affiliated with a Canadian company that operated a publicly accessible Internet website available to anyone in the United States. The identity of the owners of the Canadian company are known to the United States Attorney.

7. Beginning in approximately August 2024, Defendant BRANDON PIPER and others established the company Milestone Purity, whose website was milestonepurity.com.

8. Both the Canadian company's website and milestonepurity.com promoted and sold misbranded drugs that were obtained from outside the United States, primarily in China, and were not approved by the FDA, including a class of drugs called GLP-1 (glucagon-like peptide-1) receptor agonists.

9. Examples of the drugs sold on the websites include, but were not limited to, semaglutide and tirzepatide. Both drugs require the purchaser to have a prescription from a licensed practitioner before they can be dispensed. However, the drugs were sold without obtaining prescriptions from customers and were shipped to customers without adequate directions for use. Additionally, the drugs sold to U.S. customers from both websites were sent with a return address in Holland, Michigan. Some of the drugs sold to U.S. customers on the Canadian company's website also bore labels declaring, "PRODUCT OF USA."

10. Currently, there are three semaglutide products that are FDA-approved for the U.S. market, and these products are only available pursuant to a prescription from a licensed practitioner. FDA-approved semaglutide injection marketed under the brand name Ozempic is indicated as an adjunct to diet and exercise to improve glycemic control in individuals with type 2 diabetes mellitus and to reduce the risk of major adverse cardiovascular events in adults with type 2 diabetes mellitus and established cardiovascular disease. FDA-approved semaglutide injection marketed under the brand name Wegovy is indicated as an adjunct to a reduced calorie diet and increased physical

activity for chronic weight management in certain adult and pediatric patients. FDA-approved semaglutide tablets marketed under the brand name Rybelsus are indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus. FDA-approved semaglutide products bear a boxed warning, commonly referred to as a "black box warning," which is the strongest warning FDA requires, indicating that the drug carries a significant risk of serious or even life-threatening adverse effects. The boxed warning addresses the risk of thyroid C-cell tumors.

11. Currently, there are two tirzepatide products that are FDA-approved for the U.S. market, and these products are only available pursuant to a prescription from a licensed practitioner. FDA-approved tirzepatide injection marketed under the brand name Mounjaro is indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus. FDA-approved tirzepatide injection marketed under the brand name Zepbound is indicated as an adjunct to a reduced-calorie diet and increased physical activity for chronic weight management in certain adult patients. FDA-approved tirzepatide also bears a boxed warning addressing the risk of thyroid C-Cell tumors.

12. On March 17, 2025, FDA published a public health advisory entitled, "FDA's Concerns with Unapproved GLP-1 Drugs Used for Weight Loss." According to the advisory, the agency "is aware that some patients and health care professionals may look to unapproved versions of GLP-1 (glucagon-like peptide-1 (GLP-1) receptor agonists) drugs, including semaglutide and tirzepatide, as an option for weight loss. This can be risky for patients, as unapproved versions do not undergo FDA's review for

safety, effectiveness and quality before they are marketed." The agency provided recommendations for patients, including, "Patients should obtain a prescription from their doctor and fill the prescription at a state-licensed pharmacy."

13. In an attempt to prevent detection by the FDA of the fact that they were marketing and selling to consumers misbranded and non-FDA approved prescription drugs without a prescription, both websites included disclaimers falsely stating that the products sold were "For Research Purposes Only" and "Not for Human Consumption/Human Use."

14. Despite these disclaimers, Defendant BRANDON PIPER and others sold and dispensed misbranded and non-FDA approved prescription drugs, including semaglutide and tirzepetide, for personal use through these websites. Defendant BRANDON PIPER did so knowingly and intending that the products he introduced into interstate commerce would be used by humans for various purposes, including weight loss.

### The Conspiracy and Its Objects

15. Beginning on a date unknown but by at least in or about October 2023, and continuing until in or about May 2025, in Van Buren County, in the Southern Division of the Western District of Michigan, and elsewhere, the defendant,

**BRANDON PIPER**,

knowingly conspired and agreed with others, both known and unknown to the United States Attorney, to commit offenses against the United States, that is, the introduction or delivery for introduction into interstate commerce of misbranded drugs with the

intent to defraud and mislead the United States Food and Drug Administration ("FDA") and consumers, in violation of 21 U.S.C. §§ 331(a), 333(a)(2), and 353(b)(1).

### *Manner and Means of the Conspiracy*

16. It was a manner and means of the conspiracy that customers, including those in the Western District of Michigan, placed orders for prescription drugs, including semaglutide and tirzepatide, through a website operated by a Canadian company and at milestonepurity.com. At no time were customers asked to provide a prescription in order to have their orders filled and subsequently dispensed by the websites.

17. It was further a manner and means of the conspiracy that the Defendant, BRANDON PIPER, in coordination with his co-conspirators, would obtain non-FDA approved prescription drugs from overseas, primarily from China, and then fill orders for customers residing in the United States. PIPER would fill the orders by mailing the misbranded drugs in packages frequently bearing a return address for a private mailbox registered to him in Holland, Michigan, thus attempting to conceal the true source of the drugs. The drugs shipped by PIPER were misbranded because they were prescription drugs dispensed without a valid prescription, lacked adequate directions for use, and bore false and misleading labeling that they were not for human use. Additionally, some of the drugs sold on the Canadian website bore marking that the drugs were the "PRODUCT OF USA."

18. It was further a manner and means of the conspiracy that the Defendant, BRANDON PIPER, worked as an affiliate for the Canadian company. As an affiliate, the Defendant, BRANDON PIPER, earned money by promoting the drugs sold on the

website on his various social media platforms and by corresponding with customers about dosing protocols for the drugs they purchased.

19. It was further a manner and means of the conspiracy that the defendant, BRANDON PIPER, and his co-conspirators attempted to conceal their sale and shipment of misbranded drugs from law enforcement, including the FDA, by claiming on their websites that their drugs were "For Research Purposes Only" and "Not for Human Consumption/Human Use."

### *Sample Overt Acts*

20. On or about July 9, 2024, in furtherance and to effect the objects of the conspiracy, the defendant, BRANDON PIPER, did ship or otherwise cause the shipment of semaglutide, purchased using the Canadian company's website, in interstate commerce – specifically, from an address in the Western District of Michigan, to an address in Ypsilanti, Michigan. The vial in which the semaglutide was stored contained a label stating, "PRODUCT OF USA," even though PIPER and his co-conspirators obtained the contents of the vial from China.

21. On or about August 12, 2024, in furtherance and to effect the objects of the conspiracy, the defendant, BRANDON PIPER, did ship or otherwise cause the shipment of tirzepatide, purchased using the Canadian company's website, in interstate commerce – specifically, from an address in the Western District of Michigan, to an address in Ypsilanti, Michigan. The vial in which the tirzepatide was stored contained a label stating, "PRODUCT OF USA," even though PIPER and his co-conspirators obtained the contents of the vial from China.

22. In or about August 2024, in furtherance and to effect the objects of the conspiracy, the defendant, BRANDON PIPER, purchased the domain name milestonepurity.com.

23. On milestonepurity.com, conspirators listed the following statements, including: a) "Milestone Purity Your Premier U.S. Supplier for Precision-Crafted Research Peptides;" and b) "Peptides sold on www.milestonepurity.com are for sale to licensed researchers for laboratory/in-vitro research only and are not for human consumption." On packaging materials for drugs sold on the website, conspirators stated "Research Productions Only – Not for Human Consumption."

18 U.S.C. § 371

Date: February 18, 2026

TIMOTHY VERHEY
United States Attorney

STEPHANIE M. CAROWAN
Assistant United States Attorney