**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. Brandon Piper | Mag. Judge: Sally J. Berens |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:26-cr-00018-RJJ | 3/25/2026 | 10:04 AM - 10:16 AM | Grand Rapids | |

**APPEARANCES:**

| Government: Stephanie M. Carowan | Defendant: Richard Collins & Charles Chamberlain, Jr. | Counsel Designation: Retained |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Information | Read __ <br> Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance <br> ✓ Arraignment: <br> __ mute __ nolo contendre <br> ✓ not guilty __ guilty <br> ✓ Initial Pretrial Conference <br> ✓ Detention (waived __) <br> __ Preliminary (waived __) <br> __ Rule 5 Proceeding <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> __ Other: _____ | ✓ Defendant's Rights <br> ✓ Waiver of Indictment <br> __ Consent to Mag. Judge for _____ <br> __ Other: <br> _____ <br> _____ <br> Court to Issue: <br> __ Report & Recommendation <br> __ Order of Detention <br> __ Order to file IPTC Statements <br> __ Bindover Order <br> __ Order Appointing Counsel <br> ✓ Other: <br> Rule 5(f) Order | Guilty Plea to Count(s) _____ <br> of the _____ <br> Count(s) to be dismissed at sentencing: <br> _____ <br> Presentence Report: <br> __ Ordered __ Waived <br> __ Plea Accepted by the Court <br> __ No Written Plea Agreement <br> **EXPEDITED RESOLUTION** <br> __ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted: __ Yes __ No <br> Defendant informed of right to appeal: __ Yes __ No <br> Counsel informed of obligation to file appeal: __ Yes __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ 25,000.00 _____ Unsecured |
| **CASE TO BE:** Referred to District Judge | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** J. Norton |