## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v.    Brandon Piper | DISTRICT JUDGE:   Robert J. Jonker |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:26-cr-18 | March 25, 2026 | 11:01 - 11:55 a.m. | Grand Rapids | |

### APPEARANCES

| Government:<br>Stephanie M. Carowan | Defendant:<br>Richard D. Collins/Charles E. Chamberlain | Counsel Designation:<br>Retained |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>  __ mute      __ nolo contendre<br>  __ not guilty    __ guilty<br>__ Final Pretrial Conference<br>__ Detention    (waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>✓ Change of Plea<br>__ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other:<br>_____<br>_____<br><br>Court to Issue:<br>__ Order of Detention<br>✓ Notice of Sentencing<br>__ Order Appointing Counsel<br>__ Other:<br>_____ | Charging Document:<br>__ Read      __ Reading Waived<br>Guilty Plea to Count(s) 1_____<br>of the   Information _____<br>Count(s) to be dismissed at sentencing:<br>_____<br><br>✓ Presentence Report Ordered<br>__ Presentence Report Waived<br>✓ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

### SENTENCING

| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted:  __ Yes __ No<br>Defendant informed of right to appeal:  __ Yes __ No<br>Counsel informed of obligation to file appeal:  __ Yes __ No<br>Conviction Information:<br>   Date: _____<br>   By: _____<br>   As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ |

| **CASE TO BE:**   Set for Hearing | **TYPE OF HEARING:** Sentencing |
|---|---|
| **Reporter/Recorder:**   Paul Brandell | **Case Manager:**   S. Carpenter |