UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 1:26–cr–00018–RJJ

    v.                                    Hon. Robert J. Jonker

BRANDON PIPER,

        Defendant.

_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Sentencing
Date/Time:             July 22, 2026   04:00 PM
Judge:                  Robert J. Jonker
Place/Location:       699 Federal Building, Grand Rapids, MI

                                     ROBERT J. JONKER
                                     United States District Judge

Dated:  March 25, 2026       By:   _/s/ Stephanie Carpenter_____
                                     Case Manager