UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,                     No. 1:26-cr-18-RJJ

vs.                                            Hon. Robert J. Jonker

BRANDON PIPER,

Defendant.

## DEFENDANT'S MOTION FOR DOWNWARD VARIANCE

NOW COMES the defendant, Brandon Piper, by and through his attorneys, COLLINS, MCCLOSKEY & GANN PLLC and WILLEY & CHAMBERLAIN LLP, and hereby moves pursuant to 18 U.S.C. § 3553 and other authority for a downward variance from the advisory guidelines range.

This motion is supported by the accompanying sentencing memorandum.

Respectfully submitted,

COLLINS, MCCLOSKEY & GANN PLLC          WILLEY & CHAMBERLAIN LLP
Attorneys for Defendant Piper           Attorneys for Defendant Piper

  s/ Richard D. Collins                      s/ Charles E. Chamberlain, Jr.

_____          _____
Richard D. Collins (NY519763)           Charles E. Chamberlain, Jr. (P33536)

138 Mineola Boulevard                   300 Ottawa Avenue, N.W., Suite 810
Minola, New York 11501                  Grand Rapids, Michigan 49503-2314
(516) 294-0300                          (616) 458-2212
rcollins@cgmbesq.com                    cec@willeychamberlain.com

Dated:   July 8, 2026