UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRANDON PIPER,

        Defendant.

_____/

Case No. 1:26-cr-18

Hon. Robert J. Jonker

### ORDER REVOKING BOND

By Order of the Court dated March 25, 2026, defendant was released on a $25,000 unsecured appearance bond (ECF No. 10).  On July 16, 2026, a petition and order regarding conditions of pretrial release was entered (ECF No. 22) and an arrest warrant was issued. Defendant appeared before the Court with counsel on July 21, 2026, for an initial appearance on a bond violation hearing. Defendant waived his right to a bond revocation hearing and defendant is ordered detained pending further proceedings before the district judge.

      **IT IS HEREBY ORDERED** that the defendant's bond is **REVOKED.**

Date: July 21, 2026

                                /s/ Ray Kent
                                  RAY KENT
                                  United States Magistrate Judge